**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-24517-KMM/McAliley**

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company, and AXIA MEDSCIENCES, LLC, a Delaware limited liability company, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| Rafael Newton Aguila, a/k/a Ralph Aguila, an individual, d/b/a Hydradermabrasion Systems, | )<br>)<br>)<br>) |
| Defendant. | ) |
|_____/ | |

**DECLARATION OF WILLIAM COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INVALIDITY OF EDGE'S PATENTS AND TRADEMARKS AND OF VIOLATION OF FLORIDA STATE LAW CLAIMS AND REQUEST FOR PERMANENT INJUNCTION**

-1-

I, William Cohen, declare as follows:

1. My name is William Cohen. I am over the age of eighteen (18) and competent to execute this Declaration, and the following statements are true and correct based on my personal knowledge or information transmitted to me from records made at or near the time of the transactions referenced therein by person(s) with personal knowledge thereof.

2. I am the President for Plaintiff Edge Systems LLC ("Edge"), and have held this position since January of 2013.

3. Edge is the owner of U.S. Trademark Registration No. 2,992,734 for the mark THE EDGE SYSTEM.

4. Edge has never intended and does not intend to stop using the mark THE EDGE SYSTEM.

5. Since the beginning of 2010, Edge has spent over $5.6 million advertising its products in connection with Edge's trade name, logo, trademarks, and design of Edge's Hydrafacial MD® microdermabrasion system. In 2015 alone, Edge received over 350 million media impressions.

6. Edge's products and services are offered at more than 2,700 locations throughout the United States, including all 50 states.

7. Edge's sales force includes over 60 U.S. employees covering each of the 50 states. Edge's website averages over 60,000 page views per month. Since the beginning of 2010, Edge has generated over $125 million in revenue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of December 2015 at Signal Hill, California.

William Cohen