# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:14-CV-24517-KMM/McAliley

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company, and AXIA MEDSCIENCES, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Rafael Newton Aguila, a/k/a Ralph Aguila, an individual, d/b/a Hydradermabrasion Systems, | ) ) ) ) |
| Defendant. | ) |

**DECLARATION OF ALI S. RAZAI IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INVALIDITY OF EDGE'S PATENTS AND TRADEMARKS AND OF VIOLATION OF FLORIDA STATE LAW CLAIMS AND REQUEST FOR PERMANENT INJUNCTION**

I, Ali S. Razai, declare as follows:

1. My name is Ali S. Razai, I am over the age of eighteen (18) and competent to execute this Declaration, and the following statements are true and correct based on my personal knowledge or information transmitted to me from records made at or near the time of the transactions referenced therein by person(s) with personal knowledge thereof.

2. I am a partner with the law firm Knobbe, Martens, Olson & Bear, LLP. I serve as counsel in this case for Plaintiffs Edge Systems LLC ("Edge") and Axia Medsciences, LLC ("Axia") (collectively, "Plaintiffs").

3. On November 24, 2015, I emailed Mr. Aguila in an attempt to meet and confer on Plaintiffs' proposed Motion for Summary Judgment. Mr. Aguila never responded. A true and correct copy of my email to Mr. Aguila is attached hereto as **Exhibit 1**.

4. A true and correct copy of the Articles of Incorporation of Edge Systems Corporation, filed September 18, 1997 and executed September 19, 1997 is attached hereto as **Exhibit 2**.

5. A true and correct copy of Defendant's Responses to Plaintiff Edge Systems LLC's First Set of Interrogatories (Nos. 1-14) To Defendant Rafael Newton Aguila, dated September 6, 2015 is attached hereto as **Exhibit 3**.

6. A true and correct copy of the file history of U.S. Trademark Registration No. 4,768,710 for the mark ACTIV-4 is attached hereto as **Exhibit 4**.

7. A true and correct copy of the file history of U.S. Trademark Registration No. 4,768,711 for the mark BETA-HD is attached hereto as **Exhibit 5**.

8. A true and correct copy of the file history of U.S. Trademark Registration No. 4,768,712 for the mark ANTIOX-6 is attached hereto as **Exhibit 6**.

9. A true and correct copy of the file history of U.S. Trademark Registration No. 4,772,995 for the mark DERMABUILDER is attached hereto as **Exhibit 7**.

10. A true and correct copy of a photograph from Dr. Elliot Duboys depicting tips enclosed with the machine purchased by Dr. Duboys from Defendant is attached hereto as **Exhibit 8**.

11. A true and correct copy of the Expert Report of Gary L. Loomis dated November 24, 2015 is attached hereto as **Exhibit 9**.

-2-

12. A true and correct copy of U.S. Patent No. 6,241,739 is attached hereto as **Exhibit 10**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of December 2015 at Irvine, California.

_____
Ali S. Razai