# EXHIBIT 1

# Ali.Razai

| | |
|---|---|
| **From:** | Ali.Razai |
| **Sent:** | Tuesday, November 24, 2015 6:08 PM |
| **To:** | Aguila (raguila@gmail.com) |
| **Cc:** | Lit EDGEL.091L |
| **Subject:** | Edge Systems et al. v. Aguila - Motion for Summary Judgment |

Mr. Aguila,

Plaintiffs plan to file a motion for summary judgment of infringement and no invalidity of Edge's trade name, the Chevron "E" logo, the marks ACTIV-4, ANTIOX-6, BETA-HD, GLYSAL, DERMABUILDER, THE EDGE SYSTEM, HYDROPEEL, and VORTEX-FUSION, and U.S. Patent No. 6,299,620.  Plaintiffs also plan to ask for a permanent injunction against your use of the Chevron "E" logo, the marks ACTIV-4, ANTIOX-6, BETA-HD, GLYSAL, DERMABUILDER, THE EDGE SYSTEM, HYDROPEEL, and VORTEX-FUSION, and U.S. Patent No. 6,299,620.

Please let me know if you will consent to judgment against you on any of these issues.  If not, Plaintiffs will have no choice but to file their Motion for Summary Judgment and Request for Permanent Injunction.

Best regards,
Ali Razai