# EXHIBIT 2

## ARTICLES OF INCORPORATION

### OF

## EDGE SYSTEMS CORPORATION

2055825

E N D O R S E D
F I L E D
In the office of the Secretary of State
of the State of California

SEP 1 8 1997

*Bill Jones*

BILL JONES, Secretary of State

### ARTICLE I

The name of this corporation is:

**EDGE SYSTEMS CORPORATION**

### ARTICLE II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

### ARTICLE III

The name and address in this state of this corporation's initial agent for service of process are as follows:

**ROGER G. IGNON**
**843 Avenue C**
**Redondo Beach, California 90277**

### ARTICLE IV

The total number of shares that this corporation is authorized to issue is one hundred thousand (100,000), all of the same class, designated "Common Stock."

### ARTICLE V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

**Exhibit 2 Page 1 of 7**

## ARTICLE VI

By bylaw, agreement, vote of shareholders or disinterested directors, or otherwise, the corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

Signed this _17_ day of September, 1997.

**RALPH E. BALFOUR**, Incorporator

The undersigned does hereby declare and acknowledge that he is the person who executed the foregoing Articles of Incorporation as the Incorporator of the corporation named therein and does hereby further declare and acknowledge that his execution of said Articles is his act and deed as said Incorporator.

Signed on this _17_ day of September, 1997.

**RALPH E. BALFOUR**

618/5560/070/art-2.lah

2

**Exhibit 2 Page 2 of 7**

## CERTIFICATE OF THE INCORPORATOR

### OF

### EDGE SYSTEMS CORPORATION

**THE UNDERSIGNED** Incorporator of **EDGE SYSTEMS CORPORATION**, a California corporation, hereby certifies pursuant to Section 210 of the General Corporation Law of California:

1.    The Articles of Incorporation of said corporation were filed with the Secretary of State of California on September 18, 1997.

2.    The Bylaws annexed hereto have been adopted by me as and for the Bylaws of said corporation.

3.    The following named persons have been elected by me as the Directors of said corporation to hold office until the first annual meeting of stockholders or until their successors are elected and qualified:

### ROGER G. IGNON

### WILLIAM COHEN

**IN WITNESS WHEREOF**, I have signed this instrument as of the date when these actions were so taken this 19th day of September, 1997.

**RALPH E. BALFOUR**, Incorporator

**Exhibit 2 Page 3 of 7**

I hereby resign as Incorporator of
EDGE SYSTEMS CORPORATION
effective September 19, 1997

RALPH E. BALFOUR

618/5560/100/Cert1.lah
10/06/97/lh

**Exhibit 2 Page 4 of 7**

2055825

# State of California



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

SEP 1 9 1997



Bill Jones

Secretary of State

SEC/STATE FORM CE-107 (REV. 4/97)

97 35085

**Exhibit 2 Page 5 of 7**

2055825



# State of California



## SECRETARY OF STATE

I, *BILL JONES*,  Secretary of State of the State of California, hereby certify:

That the attached transcript has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this

SEP 1 9 1997



*Bill Jones*

Secretary of State

Sec/State Form CE-107 (REV. 4/97)

97  35085

**Exhibit 2 Page 6 of 7**

2055825

# State of California



2 PAGES

## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

SEP 1 9 1997



Secretary of State

Sec/State Form CE-107 (REV. 4/97)

97  35085

**Exhibit 2 Page 7 of 7**